# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No.: 4:23-cr-58-CLM-JHE |
| **JOANNAH RUTH RUOHO,**<br>    Defendant. | |

## ORDER

After holding a suppression hearing, the magistrate judge entered a report, recommending that the court grant in part and deny in part Defendant Joannah Ruth Ruoho's motion to suppress (doc. 10). (Doc. 25). Though the magistrate judge informed the parties of their right to file objections within 14 days of his report, the court has received no objections.

Having reviewed and considered de novo the entire record, including the magistrate judge's report and recommendation (doc. 25), the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. So the court **GRANTS IN PART** and **DENIES IN PART** Ruoho's motion to suppress (doc. 10). The court **GRANTS** the motion as to any statement Ruoho made following her formal arrest, including the statement that there was a gun in the car. The court **DENIES** the motion as to any statement Ruoho made before her formal arrest.

**Done** and **Ordered** on August 22, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE